ORDERED.

Dated: September 20, 2017

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                  Case Number. 8:17-BK-00519-CPM

NGUYEN, MARIZE VELOSO
                                                                              Chapter 7
           Debtor(s)                      /

## ORDER ALLOWING ADMINISTRATIVE EXPENSES

THIS CASE came on for consideration on Trustee's Final Report (Doc. No. 29) and Application(s) for Compensation (Doc. No's. 27 and 28). The United States Trustee has reviewed the Trustee's Final Report. All creditors and parties in interest have been given notice and the opportunity for a hearing of all pending applications for compensation and all pending administrative claims. All objections, if any, are resolved. It is therefore,

**ORDERED:**

The following expenses of administration which have not been paid are allowed, and the trustee is directed to pay these expenses pro rata to the person(s) so indicated.

| Application or Reason | Fees | Expenses |
|---|---|---|
| Beth Ann Scharrer, Trustee | $2,850.00 | $36.64 |
| US Bankruptcy Court, Court Costs | $350.00 | $0.00 |
| Brad W. Hissing, Attorney for Trustee | $2,793.00 | $7.19 |
| TOTAL COSTS OF ADMINISTRATION ORDERED PAID | | $6,036.83 |

The following expenses of administration which have been previously paid without entry by the court of a specific order authorizing payment of them are allowed as indicated:

NONE

The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is authorized.

Trustee Beth Ann Scharrer is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.